**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES TINDOL,** | : | **NO. 4:26-CV-1429** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Chief Judge Brann.)** |
| | : | |
| **JESSICA SAGE,** | : | |
| **Respondent** | : | **(Electronically Filed)** |

**EXHIBIT INDEX**

Declaration of Franz Klosner ........................................................ Exhibit 1

Public Information Inmate Data ........................................................ Attach. A

Judgment in Criminal Case ........................................................ Attach. B

Inmate Profile ........................................................ Attach. C

Respectfully submitted,

Brian D. Miller
United States Attorney

s/ *Ryann D. Loftus*

Ryann D. Loftus
Assistant U.S. Attorney
PA 319379
E-mail: Ryann.Loftus@usdoj.gov

Dated: June 23, 2026