**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RESPONDENT EXHIBIT 1

| | | |
|---|---|---|
| **JAMES TINDOL,** **Petitioner** | ) | |
| | ) | |
| v. | ) | **4:26-CV-01429** |
| | ) | |
| **JESSICA SAGE,** **Respondent** | ) | |

**DECLARATION OF FRANZ KLOSNER**

I, Franz Klosner, hereby state:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as a Case Manager at the Satellite Prison Camp, Lewisburg, ("SPC Lewisburg") in Lewisburg, Pennsylvania.

2. As part of my duties and responsibilities, I am responsible for the administration and operations of my assigned unit. Such responsibilities include oversight of inmate housing (including residential re-entry center ("RRC") placement pursuant to the Second Chance Act ("SCA")), as well as inmate programming and resulting benefits (including application of the BOP's Residential Drug Abuse Program ("RDAP") time credits and First Step Act ("FSA") time credits ("FTC")).

3. I certify the documents attached to this declaration:

    a. are true and correct copies of records maintained by the BOP;
    b. were created at or near the time of the occurrence of the matters reflected therein by someone with knowledge; and
    c. were made by the BOP as a regular practice.

    I am a custodian of the documents or am otherwise qualified to execute this certification, pursuant to Fed. R. Evid. 803(6) and 902(11).

4. James Tindol, Jr., Federal Register Number 48069-509, is a federal inmate currently designated to the Satellite Camp at the Lewisburg Federal Correctional Institution, in Lewisburg, PA ("SPC Lewisburg"). He was sentenced on March 16, 2022, to serve a sentence of 120 months (10 years) incarceration with a term of 3 years supervision for the conviction of Distribution of Fentanyl Resulting in Death. Petitioner's projected satisfaction date is November 18, 2030, via Good Conduct Time Release. Attachment A, Public Information Inmate Data.

5. The First Step Act of 2018 ("FSA") provides eligible inmates the opportunity to earn 10 or 15 days of time credits for every 30 days of successful participation in Evidence Based Recidivism Reduction Programs ("EBRR programs") and Productive Activities ("PAs").

18 U.S.C. § 3632(d)(4)(A) (Pub. L. No. 115-391, 132 Stat. 5194 (2018)). The earned credits, known as FSA Time Credits, can be applied toward earlier placement in pre-release custody, such as Residential Reentry Centers ("RRCs") and home confinement, or toward a term of supervised release. 18 U.S.C. § 3632(d)(4)(C).

6. Certain categories of offenders are excluded from eligibility for FSA Time Credits, including those inmates who are subject to a final order of deportation. 18 U.S.C. § 3632(d)(4)(D)-(E).

7. Attached hereto as Attachment B is a true and accurate copy of inmate Tindol's Judgment and Commitment Order in Case No. 3:20-CR-00083 showing he was convicted of 21 U.S.C. § 841(A)(1)(B)(1)(C) – Distribution of Fentanyl Resulting in Death.

8. Attached hereto as Attachment C is a true and accurate copy of inmate Tindol's Inmate Profile, showing he was reviewed and found ineligible for earned time credits under the FSA.

9. Inmate Tindol is properly excluded from FSA Time Credit eligibility pursuant to 18 U.S.C. § 3632(d)(4)(D)(lviii).

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate.

Franz Klosner
Case Manager

June 12, 2026
Date