ATTACHMENT

A

```
  LEWKV          *              PUBLIC INFORMATION             *
PAGE 001         *                 INMATE DATA                 *
                                AS OF 06-16-2026

REGNO..: 48069-509 NAME: TINDOL, JAMES JR

                   RESP OF: LEW
                   PHONE..: 570-523-1251    FAX: 570-522-7745
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  43
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 11-18-2030                     PAR HEAR DT:
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 48069-509 NAME: TINDOL, JAMES JR

RESP OF: LEW
PHONE..: 570-523-1251 FAX: 570-522-7745
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-18-2030

THE INMATE IS PROJECTED FOR RELEASE: 11-18-2030 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:20-CR-83
JUDGE...........................: MARIANI
DATE SENTENCED/PROBATION IMPOSED: 03-16-2022
DATE COMMITTED..................: 05-13-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 420 21:841 DRUGS, DEATH/INJ FSA

OFF/CHG: 21:841(A)(1)(B)(1)(C) DISTRIBUTION OF FENTANYL RESULTING IN
DEATH CT.1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 120 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 09-19-2019

REGNO..: 48069-509 NAME: TINDOL, JAMES JR

RESP OF: LEW
PHONE..: 570-523-1251 FAX: 570-522-7745

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-25-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2025 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-13-2022
TOTAL TERM IN EFFECT............: 120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 10 YEARS
EARLIEST DATE OF OFFENSE........: 09-19-2019

JAIL CREDIT.....................: FROM DATE THRU DATE
06-01-2021 06-01-2021

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 11-18-2030
ELDERLY OFFENDER TWO THIRDS DATE: 01-10-2029
EXPIRATION FULL TERM DATE.......: 05-11-2032
TIME SERVED.....................: 4 YEARS 1 MONTHS 5 DAYS
PERCENTAGE OF FULL TERM SERVED..: 40.9
PERCENT OF STATUTORY TERM SERVED: 48.0

PROJECTED SATISFACTION DATE.....: 11-18-2030
PROJECTED SATISFACTION METHOD...: GCT REL

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**Ex. 1**
**Attach. A p. 3**