ATTACHMENT

C

LEWKV 535.03 * INMATE PROFILE

PAGE 001

48069-509 REG

REGNO: 48069-509 FUNCTION: PRT DOB/AGE.: [redacted]

NAME.: TINDOL, JAMES JR R/S/ETH.:

RSP..: LEW-LEWISBURG FCI MILEAGE.:

PHONE: 570-523-1251 FAX: 570-522-7745

PROJ REL METHOD: GOOD CONDUCT TIME RELEASE FBI NO..: [redacted]

PROJ REL DATE..: 11-18-2030 INS NO..: N/A

HOME DETN ELIG.: 05-18-2030 SSN.....: [redacted]

PSYCH: NO DETAINER: NO CMC..: YES

OFFN/CHG RMKS: 3:20-CR-83 DISTRIBUTION OF FENTANYL RESULTING IN DEATH

OFFN/CHG RMKS: SENT:120MOS & 3YRS SRT

| FACL | CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|---|
| LEW | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-18-2025 | 1250 |
| LEW | CARE LEVEL | CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-19-2022 | 1421 |
| LEW | CARE LEVEL | CARE1-MH | CARE1-MENTAL HEALTH | 05-26-2022 | 1633 |
| LEW | COR COUNSL | LEC 3 | B. PEALER | 10-21-2025 | 1328 |
| LEW | CASE MGT | BIR CERT Y | BIRTH CERTIFICATE - YES | 10-03-2022 | 1056 |
| LEW | CASE MGT | DRVE LIC Y | DRIVERS LICENSE - YES | 05-02-2023 | 1039 |
| LEW | CASE MGT | PHOTO ID Y | PHOTO ID - YES | 05-25-2022 | 0902 |
| LEW | CASE MGT | RPP NEEDS | RELEASE PREP PGM NEEDS | 05-16-2022 | 0714 |
| LEW | CASE MGT | SSN CARD Y | SOCIAL SECURITY CARD - YES | 10-03-2022 | 1056 |
| LEW | CASE MGT | VET P/S Y | PARENT/SPOUSE VETERAN - YES | 06-08-2022 | 0812 |
| LEW | CASE MGT | VETERAN N | VETERAN - NO | 05-16-2022 | 0820 |
| LEW | CASE MGT | VWP AUTO | VICTIM/WITNESS PGM AUTO UPDATE | 03-29-2022 | 0645 |
| LEW | CASE MGT | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 05-16-2022 | 0714 |
| LEW | CASE MGT | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 05-16-2022 | 0714 |
| LEW | CASE MGT | WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 03-28-2022 | 1538 |
| LEW | CASEWORKER | LEC 3 | F. KLOSNER | 10-21-2025 | 1328 |
| LEW | CUSTODY | OUT | OUT CUSTODY | 03-29-2022 | 0834 |
| LEW | DRUG PGMS | DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 07-08-2022 | 0857 |
| LEW | DRUG PGMS | ED EXEM | DRUG EDUCATION EXEMPT | 09-26-2022 | 1023 |
| LEW | DRUG PGMS | ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 12-06-2024 | 1436 |
| LEW | DRUG PGMS | MAT PART | MED ASSIST TRMT PARTICIPANT | 05-27-2022 | 1410 |
| LEW | DRUG PGMS | NR COMP | NRES DRUG TMT/COMPLETE | 10-21-2022 | 1045 |
| LEW | DESIG/SENT | ECHO | TEAM ECHO | 03-28-2022 | 1538 |
| LEW | DESIG/SENT | FPAM YES | FPAM-FULLY COMPLIED W/JUD REC | 03-29-2022 | 0834 |
| LEW | EDUC INFO | ESL HAS | ENGLISH PROFICIENT | 05-16-2022 | 1324 |
| LEW | EDUC INFO | GED EARNED | GED EARNED IN BOP | 11-03-2022 | 0631 |
| LEW | FIN RESP | COMPLT | FINANC RESP-COMPLETED | 07-13-2022 | 0935 |
| LEW | FIRST STEP | AWARD | EBRR INCENTIVE AWARD | 05-02-2023 | 1037 |
| LEW | FIRST STEP | FTC INELIG | FTC-INELIGIBLE-REVIEWED | 02-19-2025 | 1233 |
| LEW | FIRST STEP | INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 07-24-2025 | 0843 |
| LEW | FIRST STEP | N-ANGER N | NEED - ANGER/HOSTILITY NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-COGNTV N | NEED - COGNITIONS NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-DYSLEX N | NEED - DYSLEXIA NO | 05-16-2022 | 1335 |
| LEW | FIRST STEP | N-EDUC N | NEED - EDUCATION NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-M HLTH N | NEED - MENTAL HEALTH NO | 02-03-2026 | 1259 |

G0017 WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06

G0002 MORE PAGES TO FOLLOW . . .

LEWKV 535.03 * INMATE PROFILE * 06-11-2026
PAGE 002 OF 002 10:35:45
48069-509 REG

REGNO: 48069-509 FUNCTION: PRT DOB/AGE.: 04-03-1983 / 43
NAME.: TINDOL, JAMES JR R/S/ETH.: W/M/O WALSH: NO
RSP..: LEW-LEWISBURG FCI MILEAGE.: 49 MILES
PHONE: 570-523-1251 FAX: 570-522-7745

| FACL | CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|---|
| LEW | FIRST STEP | N-MEDICL N | NEED - MEDICAL NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-TRAUMA N | NEED - TRAUMA NO | 02-03-2026 | 1259 |
| LEW | FIRST STEP | N-WORK Y | NEED - WORK YES | 02-03-2026 | 1259 |
| LEW | FIRST STEP | R-LW | LOW RISK RECIDIVISM LEVEL | 02-03-2026 | 1259 |
| LEW | LEVEL | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 03-28-2022 | 1542 |
| LEW | MED DY ST | LOWER BUNK | LOWER BUNK REQUIRED | 02-22-2025 | 0537 |
| LEW | MED DY ST | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-19-2022 | 1422 |
| LEW | MED DY ST | YES F/S | CLEARED FOR FOOD SERVICE | 05-19-2022 | 1422 |
| LEW | PGM REVIEW | JUL | JULY PROGRAM REVIEW | 07-30-2026 | 1325 |
| LEW | PT OTHER | CCMAT P | CCMAT PARTICPATE | 03-04-2025 | 0936 |
| LEW | PT OTHER | MON SM G W | MONEY SMART GENERAL POP WAIT | 07-24-2022 | 0920 |
| LEW | PT OTHER | OCP EDU W | OCCUPATIONAL EDUC WAITLIST | 08-01-2022 | 0928 |
| LEW | QUARTERS | K05-003L | HOUSE K/RANGE 05/BED 003L | 11-25-2025 | 1104 |
| LEW | RELIGION | NO PREFER | NO PREFERENCE | 05-16-2022 | 0714 |
| LEW | UNIT MGR | LEC | S. HICKS, ACTING | 10-21-2025 | 1328 |
| LEW | UNIT | 6 SCP1 | UNIT 6-SCP1 (K01-04) | 10-21-2025 | 1329 |
| LEW | WAITNG LST | A&O COMP | COMPLETED A&O | 03-18-2025 | 1000 |
| LEW | WRK DETAIL | LEC COMSRY | LEC COMMISSARY | 08-28-2025 | 0827 |
| LEW | WRK DETAIL | LEC YD DTL | LEC OUTSIDE YARD DETAIL | 04-22-2026 | 1332 |
| LEW | WASPB | PAR ONEW | PHASE ONE WAIT | 07-23-2024 | 1420 |

G0017 WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000 TRANSACTION SUCCESSFULLY COMPLETED

**Ex. 1**
**Attach. C p. 2**