August 10, 2026

The enclosed packet is from James Tindol Jr. (48069-509), who is currently at FCI Lewisburg in the camp. This packet is a duplicate of the packet that was mailed through FedEx on July 6, 2026 and delivered on July 7, 2026 (see enclosed confirmation).

The original packet was mailed to:
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Box 202
Harrisburg, PA 17102

I reached out on behalf of James on August 10, 2026 since he did not receive any correspondence after mailing the packet in July. We did receive confirmation through a tracking number that the packet was received and signed for on July 7, 2026 at the courthouse. However, the packet appears to have never arrived in the correct office at the courthouse and appears to be currently missing. The packet was not returned to James at the return address. The packet was not forwarded to the Williamsport office.

I spoke to Emily in the Williamsport office this morning. She was incredibly helpful and asked me to obtain a copy of the packet that James originally mailed. Luckily, he saved a copy for his records and will be sending me a copy of the packet as soon as possible.

I included the proof of initial mailing and the proof of delivery.

If you have any questions, please do not hesitate to contact James (at his facility) or myself at the following address.

Douglas Womelsdorf (PoA for James Tindol Jr.)
227 Robert Street
Nanticoke, PA 18634
570-814-7677 (cell)

Thank you in advance for your consideration and for helping James through this process.

Douglas Womelsdorf (POA for James Tindol Jr. - 48069-509)

FedEx Shipping Tracking Design & Print Locations Support

Tracking ID: 873982512319

Local Scan Time

Delivered
Tuesday, 7/07/2026 at 10:04 am

Signed for by: B.Leaper

View more details

Obtain proof of delivery

Report missing package

**From**
MOUNTAIN TOP,PA US

**To**
HARRISBURG, PA US

Ad

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers
Transportation Contracting Opportunities
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**POLICY CENTER**

Terms of Use
Privacy & Security
Ad Choices
Your Privacy Choices

United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map | Cookie Consent | Cookie Consent

FedEx.

Dear Customer,

The following is the proof-of-delivery for tracking number: 873982512319

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | B.Leaper | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | |
| | | **Delivery date:** | |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 873982512319 | **Ship Date:** | |
| | | **Weight:** | |

**Recipient:**

HARRISBURG, PA, US,

**Shipper:**

MOUNTAIN TOP, PA, US,