**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES TINDOL,<br><br>Petitioner,<br><br>v.<br><br>JESSICA SAGE,<br><br>Respondent. | No. 4:26-CV-01429<br><br>(Chief Judge Brann) |

**ORDER**

**AND NOW**, this 13th day of October 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. James Tindol's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge